UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
LORI A. KASOWITZ,

                              Plaintiff,                 Civil No.: 08 CV 3032

        -against-

MERV BLANK CONSULTING GROUP, INC.          **RULE 7.1 DISCLOSURE**
and MERV BLANK,

                           Defendants.

-----------------------------------------------------------X

      Defendants, MERV BLANK CONSULTING GROUP, INC, by their attorneys, Goldberg Segalla, LLP, pursuant to Rule 7.1 of the Federal Rules of the Civil Procedure, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualifications or recusal, certifies the following:

      The incorporated company of Merv Blank Consulting Group, Inc. is not publicly traded on the New York Stock Exchange. No publicly held corporation owned 10% or more of the outstanding shares of Merv Blank Consulting Group, Inc.

Dated:   White Plains, New York
          April 2, 2008

                                Yours, Etc.

                                Andrea A. Smith, Esq (AS-3471)
                                GOLDBERG SEGALLA, LLP
                                **Attorneys for Defendants**
                                **MERV BLANK CONSULTING GROUP,**
                                **INC and MERV BLANK**
                                170 Hamilton Avenue, Suite 203
                                White Plains, New York 10601
                                Ph: (914) 798-5400
                                E-mail: asmith@goldbergsegalla.com
                                G.S. File No.:   14901.0073

To:   Kasowitz, Benson, Torres & Friedman, LLP
      1633 Broadway
      New York, New York 10019
      (212) 506-1700