UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
LORI A. KASOWITZ,                                :
                                                 :   08 CV 3032 (KMK) (LMS)
                          Plaintiff,             :
                                                 :
      -against-                                  :
                                                 :   **NOTICE OF APPEARANCE**
                                                 :
MERV BLANK CONSULTING GROUP, INC.                :
and MERV BLANK,                                  :
                                                 :
                          Defendants.            :
------------------------------------------------------------------x

Please take notice that the undersigned attorneys hereby enter their appearance in the above matter on behalf of plaintiff Lori A. Kasowitz.

Dated: New York, New York
       April 9, 2008

                                    KASOWITZ, BENSON, TORRES
                                    & FRIEDMAN LLP

                                    By: _____
                                        Mitchell R. Schrage (MS-9349)
                                        Sarah Gibbs Leivick (SL-0563)
                                        1633 Broadway
                                        New York, NY 10019
                                        (212) 506-1700
                                        mschrage@kasowitz.com
                                        sleivick@kasowitz.com

                                    Counsel for plaintiff Lori A. Kasowitz