UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
LORI A. KASOWITZ,

       Plaintiff,

  -against-

MERV BLANK CONSULTING GROUP, INC.
and MERV BLANK,

       Defendants.
------------------------------------------------------------------x

08 CV 3032 (KMK) (LMS)

**NOTICE OF APPEARANCE**

  Please take notice that the undersigned attorney hereby enters his appearance in the above matter on behalf of plaintiff Lori A. Kasowitz.

Dated: New York, New York
   April 11, 2008

           KASOWITZ, BENSON TORRES
           & FRIEDMAN LLP

           By: _____
           Mitchell R. Schrage (MS-9349)
           1633 Broadway
           New York, NY 10019
           (212) 506-1700
           mschrage@kasowitz.com

           Counsel for plaintiff Lori A. Kasowitz