UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
Lori A. Kasowitz,

                     Plaintiff,

              08 CIVIL 3032 (KMK)

        -against-
Merv Blank Consulting Group, Inc.
and Merv Blank

                     Defendant.
------------------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: **Mitchell R. Schrage**

☐ *Attorney*

    ☒ I am a U.S.D.C., Southern District of New York attorney. My Bar Number is:
        **MS-9349**

    ☐ I am a Pro Hac Vice attorney

    ☐ I am a Government Agency attorney

☐ *Law Firm/Government Agency Association*

    From: **Mitchell R. Schrage & Associates, PLLC**

    To: **Kasowitz, Benson, Torres & Friedman LLP**

    ☒ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

☐ *Address:* **1633 Broadway, New York, NY 10019**

☐ *Telephone Number:* **(212) 506-1960**

☐ *Fax Number:* **(212) 506-1800**

☐ *E-Mail Address:* **MSchrage@kasowitz.com**

Dated: **6/2/08**