UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
LORI A. KASOWITZ,

                          Plaintiff,                  08 CV 3032 (KMK)

    -against-

                                            **PROPOSED ORDER**

MERV BLANK CONSULTING GROUP, INC.,
and MERV BLANK,

                        Defendants.
------------------------------------------------------------x

        The parties having been heard on Plaintiff Lori A. Kasowitz's May 29, 2008 letter application to the Court, it is hereby

        ORDERED that:

        1.    Kasowitz is given leave to file an amended Complaint to join Carl Lepere as a defendant in this action.

        2.    After Kasowitz files the amended Complaint, this Court will no longer possess subject matter jurisdiction, and this case shall be remanded to the Supreme Court of the State of New York, Westchester County.

        3.    The clerk is respectfully requested to close this case.

                                                          KENNETH M. KARAS
                                                          UNITED STATES DISTRICT JUDGE  6/3/08

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```